UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Marcia J. Bauer,                                                      Case No. 17-00357
                                                                                            Chapter 13
           Debtors.                                                              Hon. Scott W. Dales
_____/                                  Filed: 1/31/2017

## ANDERSEN, ELLIS & SHEPHARD'S
## FIRST APPLICATION FOR COMPENSATION

Debtor's attorneys, Andersen, Ellis & Shephard, applicant, represents that it has acted as attorneys for the Debtor in the above captioned proceeding, and that in such capacity it has performed the services as enumerated and set forth in the attached statement and that the services rendered have actually been rendered in aid of administration of this case and that such services benefited the Debtor's estate and the Debtor, and were necessary in the administration thereof, further that this application for fees and expenses is the first application and that disbursements of such fees and expenses are reasonable and just.

The professional person(s), Andersen, Ellis & Shephard petition the Bankruptcy Court for allowance of fees and expenses. The requested fees in this petition are $3,362.50 and expenses are $63.60, for a total of $3,426.10. Current fees and expenses outstanding are $3,426.10.

These service fees and expenses were accrued over the time period of May 30, 3017 through October 6, 2017. The Statement of Attorney Fees and Expenses has been filed and may be viewed at the United States Bankruptcy Court for the Western District of Michigan on One Division Ave. Room 200 NW Grand Rapids, MI 49503 during regular business hours, (8:00 a.m. to 4:00 p.m.) Monday through Friday except for federal holidays.

The Debtors filed her Chapter 13 bankruptcy on January 31, 2017 with former counsel and her husband. The debtor's husband has dismissed from the case and the Plan remains unconfirmed. The current status of this case is that the plan payments are being made as scheduled and there is no dismissal motion pending.

WHEREFORE, Petitioner prays for an entry of an Order authorizing the professional fees and expenses in the amount of $3,426.10 as a claim of priority under 11 USC § 507 and 11 USC § 503(b) as administrative expenses in this case from the Chapter 13 Trustee.

DATE: October 6, 2017                                          Andersen, Ellis & Shephard

                                                                               by: /s/ Jeremy B. Shephard_____
                                                                               866 3 Mile Rd NW Ste B
                                                                               Grand Rapids, MI 49544
                                                                               P: 616-784-1700/F: 616-784-5392
                                                                               Jeremy@usadebt.com